| | |
|---|---|
| SUSHILA CHANANA (SBN 254100) | ROGER BRIAN IRION (SBN 119865) |
| **DLA PIPER LLP (US)** | **LAW OFFICES OF BRIAN IRION** |
| 555 Mission Street, Suite 2400 | 611 Veterans Boulevard, Suite 209 |
| San Francisco, CA 94105 | Redwood City, CA 94063 |
| Tel: 415.836.2500 | Tel.: 650.363-2600 |
| Fax: 415.836.2501 | Fax: 650-363-2606 |
| Email: sushila.chanana@dlapiper.com | Email: birion@thedesq.com |
| | |
| MONICA L. THOMPSON (*pro hac vice*) | BRUCE HOWARD LITTLE (*pro hac vice*) |
| ERIN E. WRIGHT (*pro hac vice*) | CARRIE RYAN GALLIA (*pro hac vice*) |
| **DLA PIPER LLP (US)** | CHRISTOPHER R. SULLIVAN (*pro hac vice*) |
| 203 North LaSalle Street, Suite 1900 | **LINDQUIST & VENNUM P.L.L.P.** |
| Chicago, IL 60601-1293 | 4200 IDS Center |
| Tel: 312.368.4000 | 80 South Eighth Street |
| Fax: 312.236.7516 | Minneapolis, MN 55402-2274 |
| Email: monica.thompson@dlapiper.com | Tel: (612) 371-3211 |
| Email: erin.wright@dlapiper.com | Fax: (612) 371-3207 |
| | Email: blittle@lindquist.com |
| Attorneys for Defendants | Email: cryangallia@lindquist.com |
| INTUARY, INC. and AJAY GODHWANI | Email: csullivan@lindquist.com |
| | |
| | Attorney for Plaintiff AMY ROMAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMY ROMAN, | CASE NO. 3:11 CV 03739 - JCS |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD** |
| v. | |
| INTUARY, INC. and AJAY GODHWANI, | Judge: Magistrate Judge Joseph C. Spero |
| Defendant. | Courtroom: G, 15th Floor |

1  Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated and agreed by Plaintiff Amy Roman and Defendants Intuary, Inc. and Ajay Godhwani ("Defendants"), by and through their attorneys of record, as follows:

WHEREAS, Plaintiffs filed a Complaint on July 29, 2011;

WHEREAS, Defendants were properly served on September 21, 2011;

WHEREAS, Defendants retained counsel thereafter;

WHEREAS, Defendants' current deadline to answer or otherwise plead is October 11, 2011;

WHEREAS, the last day to meet and confer is October 14, 2011, pursuant to this Court's Order Setting Initial Case Management Conference and ADR Deadlines, which was entered on July 29, 2011;

WHEREAS, the parties agree to extend by twenty-one (21) days the date for Defendants to move to dismiss, answer or otherwise respond to the Complaint;

WHEREAS, the parties agree that Defendants may answer or otherwise respond to the Complaint by **November 1, 2011**.

Dated: October 5, 2011                    DLA PIPER LLP (US)

                                          By: /s/ Sushila Chanana
                                          SUSHILA CHANANA
                                          Attorneys for Defendants
                                          Intuary, Inc. and Ajay Godhwani

Dated: October 5, 2011                    LAW OFFICES OF BRIAN IRION

                                          By: /s/ Roger Brian Irion
                                          ROGER BRIAN IRION
                                          Attorneys for Plaintiff Amy Roman

DLA PIPER LLP (US)
WEST\224801143.1
-1-
STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD
3:11 CV 03739 - JCS

## **ATTESTATION**

I, Sushila Chanana, am the ECF user whose ID and password are being used to file this STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD. In compliance with General Order 45, X.B., I hereby attest that Roger Brian Irion has concurred in this filing.

Dated: October 5, 2011					DLA PIPER LLP (US)

						By: /s/ Sushila Chanana
						    SUSHILA CHANANA
						    Attorneys for Defendants
						    Intuary, Inc. and Ajay Godhwani

Dated: Oct. 7, 2011

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA