Brian Irion (Cal. State Bar #119865)
birion@TheDesq.com
LAW OFFICE OF BRIAN IRION
611 Veterans Boulevard
Suite 209
Redwood City, CA  94063
Telephone: (650) 363-2600
Facsimile: (650) 363-2606

Bruce H. Little (p*ro hac vice*)
blittle@lindquist.com
Christopher R. Sullivan (*pro hac vice*)
csullivan@lindquist.com
Carrie Ryan Gallia (*pro hac vice*)
cryangallia@lindquist.com
LINDQUIST & VENNUM P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
Telephone:  (612) 371-3211
Facsimile:  (612) 371-3207

Attorneys for Plaintiff AMY ROMAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMY ROMAN,<br><br>          Plaintiff,<br><br>          v.<br><br>INTUARY, INC. and AJAY GODHWANI,<br><br>          Defendant. | Case No. 11-cv-03739-RS<br><br>(~~Proposed~~) ORDER |

Pursuant to the foregoing Stipulation for Dismissal with Prejudice Pursuant to Settlement Agreement and Mutual Release, the above-entitled action is hereby dismissed in its entirety, with prejudice and without cost or fees to any party.

JUDGMENT MAY BE ENTERED ACCORDINGLY.

1  DATED: __1/18_____, 2012

*[signature: Richard Seeborg]*

Richard Seeborg
United States District Judge